UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BONNIE L. BUCHANAN                                CIVIL ACTION

VERSUS                                                         NO. 08-3618

MICHAEL J. ASTRUE,                              SECTION "A" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

January 28, 2010

_____
UNITED STATES DISTRICT JUDGE